IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Richland/Wilkin Joint Powers Authority, a Minnesota-North Dakota Joint Powers Authority, | Civil File No. 13-cv-2262 JRT/LIB |
| Plaintiff, | |
| and | |
| Minnesota Department of Natural Resources, | **DEFENDANT FARGO-MOORHEAD FLOOD DIVERSION BOARD OF AUTHORITY'S MOTION TO MODIFY OR DISSOLVE PRELIMINARY INJUNCTION** |
| Plaintiff-Intervenor | |
| vs. | |
| United States Army Corps of Engineers; Dr. Mark T. Esper, Secretary of the US Army Corps of Engineers (in his official capacity); R.D. James, Assistant Secretary of the Army for Civil Works (in his official capacity); and Col. Samuel Calkins, District Commander, St. Paul District, US Army Corps of Engineers (in his official capacity), | |
| Defendants, | |
| Fargo-Moorhead Flood Diversion Board of Authority, | |
| Defendant and Defendant-Intervenor, | |
| and | |
| City of Oxbow, | |
| Defendant-Intervenor | |

   Pursuant to Rules 62 and 65 of the Federal Rules of Civil Procedure, Defendant-Intervenor Fargo-Moorhead Flood Diversion Board of Authority ("Diversion Authority") hereby moves the Court to modify or dissolve the preliminary injunction entered on September 7, 2017 (ECF #530).  Specifically, the Diversion Authority is moving the Court to allow for construction of certain, limited portions of the "Plan B" Fargo-Moorhead Flood Control Project, which are described in the accompanying Declaration of Martin Nicholson, P.E.  This Motion is based upon the Supporting Memorandum of Law, the Meet-and-Confer Statement, the Declaration of Martin Nicholson, P.E., all pleadings and papers filed in this action, and upon such matters as the Court may entertain, including oral argument, at the time of the hearing on this Motion.

| | |
|---|---|
| | DORSEY & WHITNEY LLP |
| Dated:  March 11, 2019 | By *s/Robert E. Cattanach* <br>   Robert E. Cattanach (#0153734) <br>   Michael R. Drysdale (#0257606) <br>   Theresa M. Bevilacqua (#31500X) <br> Minneapolis, MN 55402 <br> Telephone: (612) 340-2600 <br> Facsimile: (612) 340-8800 <br> E-mail: cattanach.robert@dorsey.com <br>    drysdale.michael@dorsey.com <br>    bevilacqua.theresa@dorsey.com <br><br> ATTORNEYS FOR FARGO-MOORHEAD FLOOD DIVERSION BOARD OF AUTHORITY |